IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOFFMANN-LA ROCHE, INC., CHUGAI PHARMACEUTICAL CO. LTD., AND GENENTECH, INC., | ) | |
| Plaintiffs and Counterclaim Defendants, | ) | |
| v. | ) | C.A. No. 20-394 (RGA) |
| FRESENIUS KABI USA, LLC, | ) | |
| Defendant and Counterclaim Plaintiff. | ) | |

**<u>JOINT CLAIM CONSTRUCTION CHART</u>**
**(Volume 1 of 2, Chart and Exhibits 1-2)**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
dfahnestock@mnat.com
cclark@mnat.com

*Attorneys for Plaintiffs/Counterclaim Defendants Hoffmann-La Roche, Inc., Chugai Pharmaceuticals Inc., and Genentech, Inc.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendant Fresenius Kabi USA, LLC*