IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOFFMANN-LA ROCHE, INC., CHUGAI PHARMACEUTICAL CO. LTD., AND GENENTECH, INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>FRESENIUS KABI USA, LLC,<br><br>Defendant and Counterclaim Plaintiff. | ) | C.A. No. 20-394 (RGA) |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Scheduling Order (D.I. 16), Plaintiffs Hoffmann-La Roche, Inc., Chugai Pharmaceutical Co. Ltd., and Genentech, Inc. (collectively, "Plaintiffs") and Defendant Fresenius Kabi USA, LLC ("Fresenius" or "Defendant") have met and conferred, and present the following Joint Claim Construction Chart for the term(s)/phrases(s) in dispute for the asserted claims of U.S. Patent Nos. 9,126,931 ("'931 patent"), 9,440,922 ("'922 patent"), 9,365,514 ("'514 patent"), and 10,350,214 ("'214 patent"). *See* claim construction charts below.

The charts below identify the parties' proposed constructions for the disputed claim term(s)/phrase(s) and the parties' identification of intrinsic evidence in support of their proposed constructions. Also provided is a list of term(s)/phrase(s) and their proposed constructions on which the parties have agreed. Where applicable, proposed constructions are for the claim term(s)/phrase(s) found in the stated claim as well as any asserted dependent claim that incorporates that term. Each party reserves the right to supplement the charts below with additional evidence and to rely upon additional intrinsic evidence and/or extrinsic evidence in their claim

construction briefs to respond to or rebut evidence and arguments made by another party, and to rely upon another party's intrinsic evidence.

Chart A sets forth the disputed claim term(s)/phrase(s) from the ’931, ’922, ’514, and ’214 patents, the constructions proposed by each party, and the intrinsic evidence each party believes supports its proposed constructions. Chart B sets forth a list of claim term(s)/phrase(s) from the ’931, ’922, ’514, and ’214 patents and the respective constructions on which the parties have agreed. Copies of the relevant patents and portions of the intrinsic evidence relied upon by the parties are attached as Exhibits 1 through 35:

Exhibit 1: U.S. Patent No. 9,126,931 (“’931 patent”)

Exhibit 2: U.S. Patent No. 9,440,922 (“’922 patent”)

Exhibit 3: U.S. Patent No. 9,365,514 (“’514 patent”)

Exhibit 4: U.S. Patent No. 10,350,214 (“’214 patent”)

Exhibit 5: ’931 patent file history, Dec. 9, 2011 Preliminary Amendment (GNE-ALE-00001180–00001207)

Exhibit 6: ’931 patent file history, Sept. 6, 2013 Office Action (GNE-ALE-00006318–00006326)

Exhibit 7: ’931 patent file history, Dec. 3, 2013 Office Action Response (GNE-ALE-00006458–00006461)

Exhibit 8: ’931 patent file history, Feb. 4, 2014 Office Action (GNE-ALE-00006466–00006471)

Exhibit 9: ’931 patent file history, May 5, 2014 Office Action Response (GNE-ALE-00007447–00007479)

Exhibit 10: ’931 patent file history, July 7, 2014 Supplemental Office Action Response (GNE-ALE-00007490–00007520)

Exhibit 11: ’931 patent file history, Nov. 12, 2014 Notice of Allowance (including Sept. 4, 2014 Examiner-Initiated Interview Summary) (GNE-ALE-00008064–00008073)

Exhibit 12: ’931 patent file history, Feb. 10, 2015 Response and Amendment under Rule 312 (GNE-ALE-00008125–00008158)

Exhibit 13: ’922 patent file history, Feb. 11, 2015 Claims Filed by Applicant (GNE-ALE-00012960–00013006)

Exhibit 14: ’922 patent file history, Nov. 27, 2015 Office Action (GNE-ALE-00013519–00013538)

Exhibit 15: ’922 patent file history, Nov. 27, 2015 Examiner-Initiated Interview Summary (GNE-ALE-00013539)

Exhibit 16: ’922 patent file history, March 4, 2016 Office Action Response (GNE-ALE-00013556–00013589)

Exhibit 17: ’922 patent file history, May 2, 2016 Notice of Allowance (GNE-ALE-00013647–00013654)

Exhibit 18: ’514 patent file history, Apr. 21, 2015 Office Action (GNE-ALE-00011864–00011870)

Exhibit 19: ’514 patent file history, Oct. 21, 2014 Office Action Response (GNE-ALE-00011775–00011800)

Exhibit 20: ’514 patent file history, July 20, 2015 Office Action Response (GNE-ALE-00011875–00011881)

Exhibit 21: ’514 patent file history, July 28, 2015 Office Action (GNE-ALE-00011885–00011887)

Exhibit 22: ’514 patent file history, Aug. 21, 2015 Office Action Response (GNE-ALE-00011888–00011892)

Exhibit 23: ’514 patent file history, Sept. 24, 2015 Notice of Panel Decision from Pre-Appeal Brief Review (GNE-ALE-00011899–00011900)

Exhibit 24: ’514 patent file history, Oct. 8, 2015 Office Action (GNE-ALE-00011901–00011909)

Exhibit 25: ’514 patent file history, Dec. 30, 2015 Office Action Response (GNE-ALE-00011956–00011962)

Exhibit 26: ’514 patent file history, Feb. 12, 2016 Notice of Allowance (GNE-ALE-00011966–00011973)

Exhibit 27: ’214 patent file history, Oct. 14, 2016 Preliminary Amendment (GNE-ALE-00000178–00000187)

Exhibit 28: ’214 patent file history, Oct. 6, 2017 Office Action (GNE-ALE-00000356–00000364)

Exhibit 29: ’214 patent file history, Nov. 21, 2017 Office Action Response (GNE-ALE-00000371–00000372)

Exhibit 30: ’214 patent file history, Feb. 23, 2018 Office Action (GNE-ALE-00000384–00000394)

Exhibit 31: ’214 patent file history, Aug. 22, 2018 Office Action Response (GNE-ALE-00000404–00000413)

Exhibit 32: ’214 patent file history, Oct. 15, 2018 Office Action (GNE-ALE-00000415–00000430)

Exhibit 33: ’214 patent file history, Feb. 15, 2019 Office Action Response (GNE-ALE-00000463–00000479)

Exhibit 34: ’214 patent file history, Feb. 21, 2019 Applicant Initiated Interview Summary (GNE-ALE-00000483–00000487)

Exhibit 35: ’214 patent file history, March 1, 2019 Notice of Allowance (including Examiner-Initiated Interview Summary) (GNE-ALE-00000488–00000497)

**Chart A – Terms in Dispute**

**“solvate [thereof]”**
(’931 patent, claims 1, 15)

| Plaintiffs’ Proposal | Defendant’s Proposal |
|---|---|
| Plain and ordinary meaning which is: “solute molecules of the compound represented by Formula (I) or ions thereof that form a group of molecules, *e.g.*, a crystalline solid, with solvent molecules based on attraction between the solute and the neighboring solvent molecules”<br><br>**Intrinsic Evidence:**<br>’931 patent, Ex. 1, at, *e.g.*, Col. 1:13–26, 17:41–50, 41:52–63, 42:15–22, claims 1, 15.<br><br>’931 patent file history at, *e.g.*,<br>Ex. 5, Dec. 9, 2011 Preliminary Amendment (GNE-ALE-00001180–00001207);<br>Ex. 6, Sept. 6, 2013 Office Action (GNE-ALE-00006318–00006326);<br>Ex. 7, Dec. 3, 2013 Office Action Response (GNE-ALE-00006458–00006461);<br>Ex. 8, Feb. 4, 2014 Office Action (GNE-ALE-00006466–00006471);<br>Ex. 9, May 5, 2014 Office Action Response (GNE-ALE-00007447–00007479);<br>Ex.10 July 7, 2014 Supplemental Office Action Response (GNE-ALE-00007490–00007520);<br>Ex. 11, Nov. 12, 2014 Notice of Allowance (including Sept. 4, 2014 Examiner-Initiated Interview Summary) (GNE-ALE-00008064–00008073);<br>Ex. 12, Feb. 10, 2015 Response and Amendment under Rule 312 (GNE-ALE-00008125–00008158). | “a phenomenon by which solute molecules or ions contained in a solution strongly attract neighboring solvent molecules to form a huge group of molecules”<br><br>**Intrinsic Evidence:**<br>’931 patent, Ex. 1, including:<br>’931 patent at 41:55-58<br>’931 patent at 42:46-55<br>’931 patent at 600:38-614:65 (claims 1-29) |

**"solvate thereof"**
('922 patent, claim 1)

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| Plain and ordinary meaning which is: "solute molecules of the compound represented by Formula (I) or ions thereof that form a group of molecules, *e.g.*, a crystalline solid, with pharmaceutically acceptable solvent molecules based on attraction between the solute and the neighboring solvent molecules"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'922 patent, Ex. 2, at, *e.g.*, Col. 1:14–27, 17:44–52, 42:15–27, 42:46–54, claim 1.<br><br>'922 patent file history at, *e.g.*,<br>Ex. 14, Nov. 27, 2015 Office Action (GNE-ALE-00013519–00013538);<br>Ex. 17, May 2, 2016 Notice of Allowance (GNE-ALE-00013647–00013654).<br><br>'931 patent, Ex. 1, at claims 1, 15.<br><br>'931 patent file history at, *e.g.*,<br>Ex. 5, Dec. 9, 2011 Preliminary Amendment (GNE-ALE-00001180–00001207);<br>Ex. 6, Sept. 6, 2013 Office Action (GNE-ALE-00006318–00006326);<br>Ex. 7, Dec. 3, 2013 Office Action Response (GNE-ALE-00006458–00006461);<br>Ex. 8, Feb. 4, 2014 Office Action (GNE-ALE-00006466–00006471);<br>Ex. 9, May 5, 2014 Office Action Response (GNE-ALE-00007447–00007479); | "a phenomenon by which solute molecules or ions contained in a solution strongly attract neighboring solvent molecules to form a huge group of molecules"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'922 patent, Ex. 2, including:<br>'922 patent at 42:19-22<br>'922 patent at 43:11-21<br>'922 patent at 595:2-602:33 (claim 1) |

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| Ex. 10, July 7, 2014 Supplemental Office Action Response (GNE-ALE-00007490–00007520);<br><br>Ex. 11, Nov. 12, 2014 Notice of Allowance (including Sept. 4, 2014 Examiner-Initiated Interview Summary) (GNE-ALE-00008064–00008073);<br><br>Ex. 12, Feb. 10, 2015 Response and Amendment under Rule 312 (GNE-ALE-00008125–00008158). | |

**"cancer [or] cancer metastasis"**
('922 patent, claims 1, 7, 8)

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| "ALK-positive cancer or cancer metastasis"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'922 patent, Ex. 2, at, *e.g.*, Abstract, Col. 1:14–28, 1:32–60, 2:30–33, 2:67–3:6, 17:44–18:3, 77:1–8, 589:1–60, Table 44, claims 1, 7, 8.<br><br>'922 patent file history at, *e.g.*,<br><br>Ex. 13, Feb. 11, 2015 Claims Filed by Applicant (GNE-ALE-00012960–00013006);<br><br>Ex. 14, Nov. 27, 2015 Office Action (GNE-ALE-00013519–00013538);<br><br>Ex. 17, May 2, 2016 Notice of Allowance (GNE-ALE-00013647–00013654).<br><br>'931 patent, Ex. 1, at claims 1, 15.<br><br>'931 patent file history at, *e.g.*,<br><br>Ex. 5, Dec. 9, 2011 Preliminary Amendment (GNE-ALE-00001180–00001207); | Plain and ordinary meaning, which is: "cancer or cancer metastasis"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'922 patent, Ex. 2, including:<br><br>'922 patent at 1:14-28<br><br>'922 patent at 3:10-20<br><br>'922 patent at 17:44-66<br><br>'922 patent at 595:2-602:33 (claim 1)<br><br>'922 patent at 609:8-13 (claims 7-8)<br><br>Prosecution file history of the '922 patent, including:<br><br>Ex. 13, Feb. 11, 2015 Claims Filed by Applicant (GNE-ALE-00012960–00013006)<br><br>Ex. 15, Nov. 27, 2015 Examiner-Initiated Interview Summary (GNE-ALE-00013539)<br><br>Ex. 14, Nov. 27, 2015 Office Action (GNE-ALE-00013519–00013538)<br><br>Ex. 16, March 4, 2016 Office Action Response (GNE-ALE-00013556–00013589) |

| Plaintiffs' Proposal | Defendant's Proposal |
| --- | --- |
| Ex. 6, Sept. 6, 2013 Office Action (GNE-ALE-00006318–00006326);<br><br>Ex. 7, Dec. 3, 2013 Office Action Response (GNE-ALE-00006458–00006461);<br><br>Ex. 8, Feb. 4, 2014 Office Action (GNE-ALE-00006466–00006471);<br><br>Ex. 9, May 5, 2014 Office Action Response (GNE-ALE-00007447–00007479);<br><br>Ex. 10, July 7, 2014 Supplemental Office Action Response (GNE-ALE-00007490–00007520);<br><br>Ex. 11, Nov. 12, 2014 Notice of Allowance (including Sept. 4, 2014 Examiner-Initiated Interview Summary) (GNE-ALE-00008064–00008073),<br><br>Ex. 12, Feb. 10, 2015 Response and Amendment under Rule 312 (GNE-ALE-00008125–00008158). | Prosecution file history of the '931 patent, including:<br><br>Ex. 8, Feb. 4, 2014 Office Action (GNE-ALE-00006466–00006471)<br><br>Ex. 9, May 5, 2014 Office Action Response (GNE-ALE-00007447–00007479) |

**"depression"**
('922 patent, claim 1)

| Plaintiffs' Proposal | Defendant's Proposal |
| --- | --- |
| "depression caused by an ALK abnormality"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'922 patent, Ex. 2, at, *e.g.*, Abstract, Col. 1:14–21, 1:32–60, 2:30–33, 2:67–3:6, 17:44–18:3, 77:1–8, 589:1–60, Table 44, claim 1.<br><br>'922 patent file history at, *e.g.*,<br><br>Ex. 13, Feb. 11, 2015 Claims Filed by Applicant (GNE-ALE-00012960–00013006);<br><br>Ex. 14, Nov. 27, 2015 Office Action (GNE-ALE-00013519–00013538); | Plain and ordinary meaning, which is: "depression"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'922 patent, Ex. 2, including:<br><br>'922 patent at 1:14-28<br><br>'922 patent at 3:10-20<br><br>'922 patent at 17:66-18:3<br><br>'922 patent at 76:17-26<br><br>'922 patent at 77:1-8<br><br>'922 patent at 595:2-602:33 (claim 1)<br><br>'922 patent at 609:14-15 (claim 9) |

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| Ex. 17, May 2, 2016 Notice of Allowance (GNE-ALE-00013647–00013654).<br><br>'931 patent, Ex. 1, at claims 1, 15.<br><br>'931 patent file history at, *e.g.*,<br><br>Ex. 5, Dec. 9, 2011 Preliminary Amendment (GNE-ALE-00001180–00001207);<br><br>Ex. 6, Sept. 6, 2013 Office Action (GNE-ALE-00006318–00006326);<br><br>Ex. 7, Dec. 3, 2013 Office Action Response (GNE-ALE-00006458–00006461);<br><br>Ex. 8, Feb. 4, 2014 Office Action (GNE-ALE-00006466–00006471);<br><br>Ex. 9, May 5, 2014 Office Action Response (GNE-ALE-00007447–00007479);<br><br>Ex. 10, July 7, 2014 Supplemental Office Action Response (GNE-ALE-00007490–00007520);<br><br>Ex. 11, Nov. 12, 2014 Notice of Allowance (including Sept. 4, 2014 Examiner-Initiated Interview Summary) (GNE-ALE-00008064–00008073);<br><br>Ex. 12, Feb. 10, 2015 Response and Amendment under Rule 312 (GNE-ALE-00008125–00008158). | Prosecution file history of the '922 patent, including:<br><br>Ex. 13, Feb. 11, 2015 Claims Filed by Applicant (GNE-ALE-00012960–00013006)<br><br>Ex. 15, Nov. 27, 2015 Examiner-Initiated Interview Summary (GNE-ALE-00013539)<br><br>Ex. 14, Nov. 27, 2015 Office Action (GNE-ALE-00013519–00013538)<br><br>Ex. 16, March 4, 2016 Office Action Response (GNE-ALE-00013556–00013589)<br><br>Prosecution file history of the '931 patent, including:<br><br>Ex. 8, Feb. 4, 2014 Office Action (GNE-ALE-00006466–00006471)<br><br>Ex. 9, May 5, 2014 Office Action Response (GNE-ALE-00007447–00007479) |

**"salt . . . thereof"**
('922 patent, claim 1)

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| Plain and ordinary meaning, which is: "pharmaceutically acceptable salt of the compound represented by Formula (I)" | Plain and ordinary meaning, which is: "salt of the compound represented by Formula (I)" |

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| **Intrinsic Evidence:**<br><br>'922 patent, Ex. 2, at, *e.g.*, Abstract, Col. 1:14–29, 17:44–18:10, 41:64–42:15, 76:17–26, 77:1–8, 589:1–60, Table 44, claim 1.<br><br>'922 patent file history at, *e.g.*,<br>Ex. 14, Nov. 27, 2015 Office Action (GNE-ALE-00013519–00013538);<br>Ex. 17, May 2, 2016 Notice of Allowance (GNE-ALE-00013647–00013654).<br><br>'931 patent, Ex. 1, at claims 1, 15.<br><br>'931 patent file history at, *e.g.*,<br>Ex. 5, Dec. 9, 2011 Preliminary Amendment (GNE-ALE-00001180–00001207);<br>Ex. 6, Sept. 6, 2013 Office Action (GNE-ALE-00006318–00006326);<br>Ex. 7, Dec. 3, 2013 Office Action Response (GNE-ALE-00006458–00006461);<br>Ex. 8, Feb. 4, 2014 Office Action (GNE-ALE-00006466–00006471);<br>Ex. 9, May 5, 2014 Office Action Response (GNE-ALE-00007447–00007479);<br>Ex. 10, July 7, 2014 Supplemental Office Action Response (GNE-ALE-00007490–00007520);<br>Ex. 11, Nov. 12, 2014 Notice of Allowance (including Sept. 4, 2014 Examiner-Initiated Interview Summary) (GNE-ALE-00008064–00008073);<br>Ex. 12, Feb. 10, 2015 Response and Amendment under Rule 312 (GNE-ALE-00008125–00008158). | **Intrinsic Evidence:**<br><br>'922 patent, Ex. 2, including:<br>'922 patent at 41:64-42:15<br>'922 patent at 75:58-63<br>'922 patent at 246:1-46 (Example 366)<br>'922 patent at 433:43-434:30 (Example 805)<br>'922 patent at 595:2-602:33 (claim 1) |

**"salt thereof"**
('514 patent, claim 1)

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| Plain and ordinary meaning, which is: "pharmaceutically acceptable salt of 9-Ethyl-6,6-dimethyl-8-(4-morpholin-4-yl-piperidin-1-yl)-11-oxo-6,11-dihydro-5H-benzo[b]carbazole-3-carbonitrile (i.e., alectinib)"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'514 patent, Ex. 3, at, *e.g.*, Col. 20:43–46, 34:55–35:6, 38:51–39:9, 39:32–47, claim 1.<br><br>'514 patent file history at, *e.g.*,<br>Ex. 18, Apr. 21, 2015 Office Action (GNE-ALE-00011864–00011870);<br>Ex. 20, July 20, 2015 Office Action Response (GNE-ALE-00011875–00011881);<br>Ex. 21, July 28, 2015 Office Action (GNE-ALE-00011885–00011887);<br>Ex. 22, Aug. 21, 2015 Office Action Response (GNE-ALE-00011888–00011892);<br>Ex. 23, Sept. 24, 2015 Notice of Panel Decision from Pre-Appeal Brief Review (GNE-ALE-00011899–00011900);<br>Ex. 24, Oct. 8, 2015 Office Action (GNE-ALE-00011901–00011909);<br>Ex. 25, Dec. 30, 2015 Office Action Response (GNE-ALE-00011956–00011962);<br>Ex. 26, Feb. 12, 2016 Notice of Allowance (GNE-ALE-00011966–00011973). | Plain and ordinary meaning, which is: "salt of 9-Ethyl-6,6-dimethyl-8-(4-morpholin-4-ylpiperidin-1-yl)-11-oxo-6,11-dihydro-5H-benzo[b]carbazole-3-carbonitrile (i.e., alectinib)"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'514 patent, Ex. 3, including:<br>'514 patent at 17:24-30<br>'514 patent at 20:43-46<br>'514 patent at 34:55-35:6<br>'514 patent at 38:55-39:3<br>'514 patent at 39:32-47<br>'514 patent at 120:59-63 (claim 1)<br><br>Prosecution history of the '514 patent, including:<br>Ex. 19, Oct. 21, 2014 Office Action Response (GNE-ALE-00011775–00011800)<br>Ex. 18, April 21, 2015 Office Action (GNE-ALE-00011864–00011870)<br>Ex. 20, July 20, 2015 Office Action Response (GNE-ALE-00011875–00011881) |

**"a granule"/ "the granule"**
('214 patent, claims 1, 4–5, 10, 12, 13)

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| "a grain within a population of grains having almost a uniform shape and size, which is obtained by granulating raw material in the state of powder, aggregate solution or molten liquid by means of, *e.g.*, wet granulation, dry granulation, or heat granulation, recognizing that the granules may be changed in size and shape in a process (*e.g.*, tablet making step) for obtaining a formulation"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'214 patent, Ex. 4, at, *e.g.*, Col. 10:34–43, 11:1–15, 18:28–30, 22:55–67, 27:43–58, claims 1, 4, 10, 12, 13.<br><br>'214 patent file history at, *e.g.*,<br><br>Ex. 30, Feb. 23, 2018 Office Action (GNE-ALE-00000384–00000394);<br><br>Ex. 31, Aug. 22, 2018 Office Action Response (GNE-ALE-00000404–00000413);<br><br>Ex. 32, Oct. 15, 2018 Office Action (GNE-ALE-00000415–00000430);<br><br>Ex. 33, Feb. 15, 2019 Office Action Response (GNE-ALE-00000463–00000479). | "one or more grains having almost a uniform, shape and size, which are obtained by granulating raw material in the state of powder, aggregate solution or molten liquid by means of, e.g., wet granulation, dry granulation, or heat granulation, recognizing that the granules may be changed in size and shape in a process (e.g., tablet making step) for obtaining a formulation"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'214 patent, Ex. 4, including:<br><br>'214 patent at 10:34-11:15<br><br>'214 patent at 11:56-64<br><br>'214 patent at 16:7-12<br><br>'214 patent at 17:44-47<br><br>'214 patent at 18:1-30<br><br>'214 patent at 22:43-28:59<br><br>'214 patent at 29:27-49 (claim 1)<br><br>'214 patent at 29:55-58 (claims 4-5)<br><br>'214 patent at 30:5-6 (claim 10)<br><br>'214 patent at 30:9-12 (claims 12-13)<br><br>'214 patent at 30:16-40 (claim 15)<br><br>'214 patent at 30:45-54 (claims 17-20)<br><br>'214 patent at 30:61-62 (claim 23)<br><br>Prosecution history of the '214 patent, including:<br><br>Ex. 30, Feb. 23, 2018 Office Action (GNE-ALE-00000384–00000394)<br><br>Ex. 31, Aug. 22, 2018 Office Action Response (GNE-ALE-00000404–00000413) |

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| | Ex. 32, Oct. 15, 2018 Office Action (GNE-ALE-00000415–00000430)<br><br>Ex. 33, Feb. 15, 2019 Office Action Response (GNE-ALE-00000463–00000479) |

**"salt thereof"**
('214 patent, claims 1, 9, 14)

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| Plain and Ordinary meaning, which is: "pharmaceutically acceptable salt of the compound represented by formula (I) (*i.e.*, alectinib)"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'214 patent, Ex. 4, at, *e.g.*, Col. 11:48–55, 15:34–40, 15:53–60, 16:14–23, 16:51–53, 20:43–50, Table 2, 3, 4, 6, 7, claims 1, 9, 14.<br><br>'214 patent file history at, *e.g.*,<br><br>Ex. 27, Oct. 14, 2016 Preliminary Amendment (GNE-ALE-00000178–00000187);<br><br>Ex. 28, Oct. 6, 2017 Office Action (GNE-ALE-00000356–00000364);<br><br>Ex. 29, Nov. 21, 2017 Office Action Response (GNE-ALE-00000371–00000372);<br><br>Ex. 30, Feb. 23, 2018 Office Action (GNE-ALE-00000384–00000394);<br><br>Ex. 31, Aug. 22, 2018 Office Action Response (GNE-ALE-00000404–00000413);<br><br>Ex. 32, Oct. 15, 2018 Office Action (GNE-ALE-00000415–00000430); | Plain and ordinary meaning, which is:<br><br>"salt of the compound represented by formula (I) (i.e., alectinib)"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'214 patent, Ex. 4, including:<br><br>'214 patent at 2:42-46<br><br>'214 patent at 11:16-28<br><br>'214 patent at 16:45-53<br><br>'214 patent at 29:27-48 (claim 1)<br><br>'214 patent at 30:1-4 (claim 9)<br><br>'214 patent at 30:13-40 (claims 14–15) |

| Plaintiffs' Proposal | Defendant's Proposal |
| --- | --- |
| Ex. 33, Feb. 15, 2019 Office Action Response (GNE-ALE-00000463–00000479);<br><br>Ex. 34, Feb. 21, 2019 Applicant Initiated Interview Summary (GNE-ALE-00000483–00000487);<br><br>Ex. 35, March 1, 2019 Notice of Allowance (including Examiner-Initiated Interview Summary) (GNE-ALE-00000488–00000497). | |

**"mean particle diameter"**
('214 patent, claims 12, 13)

| Plaintiffs' Proposal | Defendant's Proposal |
| --- | --- |
| Plain and ordinary meaning, which is: "the length value in a distribution of granular particles such that the cumulative 50% by weight or volume of the granular particles has equal or lower length than that value, often expressed as D(50) or D(v,50)"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'214 patent, Ex. 4, at, *e.g.*, Col. 10:51–67, 24:47–25:2, claims 12, 13.<br><br>'214 patent file history at, *e.g.*,<br><br>Ex. 30, Feb. 23, 2018 Office Action (GNE-ALE-00000384–00000394);<br><br>Ex. 32, Oct. 15, 2018 Office Action (GNE-ALE-00000415–00000430). | "mean particle diameter as measured according to the method described in the specification at column 10, lines 51 through 67"<br><br>**<u>Intrinsic Evidence:</u>**<br><br>'214 patent, Ex. 4, including:<br><br>'214 patent at 10:51-67<br><br>'214 patent at 24:36-57<br><br>'214 patent at 30:9-12 (claims 12-13)<br><br>'214 patent at 30:45-50 (claims 17-18)<br><br>Prosecution history of the '214 patent, including:<br><br>Ex. 30, Feb. 23, 2018 Office Action (GNE-ALE-00000384–00000394)<br><br>Ex. 31, Aug. 22, 2018 Office Action Response (GNE-ALE-00000404–00000413)<br><br>Ex. 32, Oct. 15, 2018 Office Action (GNE-ALE-00000415–00000430) |

| Plaintiffs' Proposal | Defendant's Proposal |
|---|---|
| | Ex. 33, Feb. 15, 2019 Office Action Response (GNE-ALE-00000463–00000479) |

**Chart B – Agreed-Upon Claim Terms**

| Claim Term and Claim(s) | Agreed-Upon Construction |
|---|---|
| **“dissolution aid”**<br>(’514 patent, Ex. 3, claim 1) | Plain and ordinary meaning, which is: “a substance that is used to improve the solubility of a compound, such as a compound of the formula (I), including a surfactant, an organic polymer, or a pH adjusting agent” |
| **“solubilizing agent”**<br>(’214 patent, Ex. 4, claims 5, 6, 8) | “a surfactant, an organic polymer, or a pH modifier” |
| **“the total amount of the formulation”**<br>(’214 patent, claims 2, 3, 9, 14) | As defined in the specification, if the formulation has a coating film such as in a capsule or coated tablet, the total amount of the formulation means “the total amount of [i.e. the weight of] the components to be put in a capsule, or the total amount of [i.e. the weight of] the components covered with a coating film” |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
dfahnestock@mnat.com
cclark@mnat.com

OF COUNSEL:
Nicholas Groombridge
Eric Alan Stone
Josephine Young
Crystal Lohmann Parker
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-2000
ngroombridge@paulweiss.com
estone@paulweiss.com
jyoung@paulweiss.com
cparker@paulweiss.com

Saurabh Gupta
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
sgupta@paulweiss.com

*Attorneys for Plaintiffs/Counterclaim Defendants Hoffmann-La Roche, Inc., Chugai Pharmaceuticals Inc., and Genentech, Inc.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

OF COUNSEL:
Daryl L. Wiesen
John T. Bennett
Eric T. Romeo
Christie L. Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
dwiesen@goodwinlaw.com
jbennett@goodwinlaw.com
eromeo@goodwinlaw.com
clarochelle@goodwinlaw.com

*Attorneys for Defendant Fresenius Kabi USA, LLC*

November 17, 2020